IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02274-REB-BNB

DESIGN BASICS, LLC, and
PRIME DESIGN, INC.,

Plaintiffs,

v.

PROBUILD COMPANY LLC,
PROBUILD NORTH, LLC, and
LANOGA CORPORATION,

Defendants.

_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Joint Motion to Stay Proceedings Pending Mediation** [docket no. 18, filed November 23, 2010] (the "Motion").

IT IS ORDERED that the Motion is **DENIED**.  The Scheduling Conference will still go forward on December 8, 2010, at 2:30 p.m.


DATED:  November 30, 2010