IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-02274-REB-BNB

DESIGN BASICS, LLC, and
PRIME DESIGN, INC.,

Plaintiffs,

v.

PROBUILD COMPANY LLC;
PROBUILD NORTH, LLC; and
LANOGA CORPORATION,

Defendants.

_____

**ORDER**
_____

This matter arises on the following:

(1)     Plaintiffs' **Unopposed Motion for Leave to File First Amended Complaint**

[Doc. # 27, filed 1/14/2011] (the "Motion to Amend"); and

(2)     **Plaintiffs' Motion and Brief Supporting Motion to Compel Discovery** [Doc. #

36, filed 2/1/2011] (the "Motion to Compel").

I held a hearing on the motions on February 15, 2011, and made rulings on the record,

which are incorporated here.  For the reasons stated on the record,

IT IS ORDERED:

(1)     The Motion to Amend [Doc. # 27] is GRANTED.  The Clerk of the Court is

directed to accept for filing the First Amended Complaint and Jury Demand [Doc. # 27-1];

(2)     The Motion to Compel [Doc. # 36] is GRANTED IN PART and DENIED IN

PART as follows:

• GRANTED with respect to Interrogatory No. 4 to require the defendants to identify and describe all responsive documents for the period of time January 1, 2006, to the present, except those documents concerning contracts entered into among the parties and documents concerning the negotiations of those contracts, for which all responsive documents created after 2001 shall be identified and described;

• GRANTED with respect to Request for Production No. 2 to require the defendants to produce all documents identified and/or relied on in response to any interrogatory from plaintiffs;

• GRANTED with respect to Request for Production No. 3 to require the defendants to produce all CAD files containing or depicting plans (for single family residential structures) created by any defendant or at the request of any defendant since January 1, 2006, in any of the defendants' 118 stores providing design services;

• GRANTED with respect to Request for Production No. 4 to require the defendants to produce all e-mails stored on the defendants' e-mail server that contain any of the following test strings: "Design Basics"; "Prime Design"; "Kevin Bauer"; "Sharon Bauer"; or "Bauer Custom Homes";

• GRANTED to require the defendants to prepare and serve a privilege log identifying all documents withheld on a claim of privilege or immunity;

• DENIED in all other respects; and

(3)     The defendants shall provide supplemental discovery responses, produce all responsive documents, and serve the required privilege log compelled by this Order on or before **March 14, 2011**.

Dated February 16, 2011.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge