IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-02274-REB-BNB

DESIGN BASICS, LLC, and
PRIME DESIGN, INC.,

Plaintiffs,

v.

PROBUILD COMPANY LLC;
PROBUILD NORTH, LLC; and
LANOGA CORPORATION,

Defendants.
_____

**ORDER**
_____

This matter arises on the following:

(1)   **Defendants' Motion for Partial Stay of Discovery** [Doc. # 48, filed 2/24/2011] (the "Motion to Stay"); and

(2)   **Defendants' Motion for Order Requiring Plaintiff to Bear the Cost of Their Discovery** [Doc. # 49, filed 2/24/2011] (the "Cost Motion").

The Motion to Stay asks that I stay my Order [Doc. # 43, filed 2/16/2011] compelling the defendant to produce documents responsive to the plaintiffs' Requests for Production Nos. 3 and 4 until the district judge can review the defendants' objection. The Cost Motion requests that I order that the plaintiffs "bear the cost of retaining a third party vendor to respond to Plaintiffs' Request for Production No. 3." Both motions are set for hearing tomorrow, March 10, 2011, at 10:30 a.m.

This afternoon, the district judge entered an order staying the defendants' obligation to

respond to plaintiffs' Requests for Production Nos. 3 and 4 "until the court resolves the defendants' objections [#47] to the order of the magistrate judge, and the defendants' motion for partial dismissal [#50]." Order Granting Motion to Stay Discovery [Doc. # 58, filed 3/9/2011]. The order of the district judge renders moot the Motion to Stay and the Cost Motion.

IT IS ORDERED:

(1) The Motion to Stay [Doc. # 48] and the Cost Motion [Doc. # 49] are DENIED as moot; and

(2) The hearing set for March 10, 2011, at 10:30 a.m., is VACATED.

Dated March 9, 2011.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge