IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-02274-REB-BNB

DESIGN BASICS, LLC, and
PRIME DESIGN, INC.,

Plaintiffs,

v.

PROBUILD COMPANY LLC;
PROBUILD NORTH, LLC; and
LANOGA CORPORATION,

Defendants.
_____

**ORDER**
_____

This matter arises on the **Plaintiffs' Motion to Extend Deadlines** [Doc. # 67, filed 4/29/2011] (the "Motion to Extend"). I held a hearing on the Motion to Extend this morning and made rulings on the record, which are incorporated here.

IT IS ORDERED:

1. The Motion to Extend [Doc. # 67] is GRANTED; and

2. The case schedule is modified to the following extent:

    Rule 702 Motions: All motions raising issues under Fed. R. Evid. 702 as codified and construed shall be filed by **September 1, 2011**, and marshaled thereafter as prescribed by D.C.COLO.LCivR 7.1C.

    Discovery Cut-Off:              **September 10, 2011.**

    (All discovery must be completed by the discovery cut-off. All written discovery must be served so that responses are due on or before the discovery cut-off.)

    Dispositive Motions Deadline:   **October 11, 2011.**

Expert Disclosures:

The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **August 2, 2011**.

Final Pretrial Conference: The final pretrial conference set for September 8, 2011, at 9:30 a.m., is VACATED and RESET to **December 1, 2011, at 8:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than **November 25, 2011**.

Dated May 9, 2011.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge