**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-02274-REB-BNB

DESIGN BASICS, LLC, and
PRIME DESIGN, INC.,

      Plaintiffs,

v.

PROBUILD COMPANY, LLC,
PROBUILD NORTH, LLC, and
LANOGA CORPORATION,

      Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

      The matter is before me on the **Stipulation of Dismissal With Prejudice** [#95][1] filed September 30, 2011. After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1. That the **Stipulation of Dismissal With Prejudice** [#95] filed September 30, 2011, is **APPROVED**;

      2. That the Trial Preparation Conference set for January 6, 2012, is **VACATED**;

      3. That the jury trial set to commence January 23, 2012, is **VACATED**; and

      4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay

---

[1] "[#95]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

their own attorney fees and costs.

Dated October 3, 2011, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge